HENRY I. SCHWARTZMAN, Appellant, v. LOEW'S THEATRE AND REALTY CORPORATION, Respondent.— Order denying plaintiff's motion to open his default and extend time for the payment of costs awarded to the defendant in another action reversed upon the law and the facts, without costs, the motion to open the default granted and time extended upon condition that the said costs be paid within ten days from the entry of the order herein. We are of the opinion that the motion should be granted in the interest of justice. Defendant may answer within ten days after payment by the plaintiff. If the costs be not paid as herein provided, the order is affirmed, with ten dollars costs and disbursements. Lazansky, P. J., Hagarty, Scudder, Tompkins and Davis, JJ., concur.

JAMES E. TAYLOR, Appellant, v. ERIE RAILROAD COMPANY and NEW YORK TELEPHONE COMPANY, Respondents, and Others, Defendants.— Order and judgment so far as it dismisses the complaint as to the Erie Railroad Company, affirmed, with costs to that defendant. In so far as it dismisses the complaint as to the defendant New York Telephone Company, the judgment is reversed on the law and a new trial granted, with costs to the appellant to abide the event. The court erred in sustaining objection to the question propounded to the witness Todt at folio 296 and in sustaining the objection to the question propounded to the witness Garrison at folio 303. These questions bore upon the issue as to whether or not the telephone company aided or abetted or procured the invasion of the plaintiff's right to an arraignment before a magistrate within a reasonable time after he was arrested. (Code Crim. Proc. § 165; *People* v. *Mummiani*, 258 N. Y. 394, 399; *Davis* v. *Carroll*, 172 App. Div. 729; *Hendrix* v. *Manhattan Beach Development Co.*, 181 id. 111, 117; *Pastor* v. *Regan*, 9 Misc. 547; affd., 90 Hun, 607; *Egleston* v. *Scheibel*, 113 App. Div. 798.) Lazansky, P. J., Young, Hagarty and Carswell, JJ., concur; Scudder, J., concurs as to the telephone company, but dissents as to the affirmance as to the Erie Railroad Company and votes for reversal and a new trial as to it.

LEDA VON DER VORST, Respondent, v. JACOB RUPPERT, Appellant.— Judgment as amended by order entered December 19, [21] 1933, modified by directing that the defendant have an equitable lien for the sum of $4,007.56 plus such amounts as may be proven before the referee for moneys owing to the defendant by reason of the further misappropriation of funds of the defendant by Lorenz von der Vorst, the husband, with interest, and further modified by striking out the provision for the entry of a judgment upon the report of the official referee; such report to be submitted to the court and judgment entered on the court's determination. As so modified the amended judgment is unanimously affirmed, without costs. Conclusion of law numbered 3 is modified by striking therefrom the words " with the proviso that the report of the said referee, with relation thereto, shall be deemed the judgment of this Court." Present — Lazansky, P. J., Hagarty, Scudder, Tompkins and Davis, JJ.

HERMAN PHILLIPS, Appellant, v. FRANCES PHILLIPS, Respondent.— Motion to dismiss appeal dismissed in view of the decision in *Phillips* v. *Phillips* (*post*, p. 771), decided herewith. Present — Lazansky, P. J., Young, Hagarty, Carswell and Davis, JJ.

CATHERINE E. QUINN, Respondent, v. WINIFRED HALLIGAN, Appellant.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Young, Hagarty, Carswell and Davis, JJ.